**Motion GRANTED and Order filed December 5, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00897-CV

_____

### IN RE MARIA CRISTINA DONNELLY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 477,195-401**

---

## ORDER

On December 5, 2022, relator Maria Cristina Donnelly, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Michael Newman, Judge of the Probate Court No 2, in Harris County, Texas, to set aside his November 29, 2022 docket control order, entered in trial court number 477,195-401, styled *In the Estate of George James Donnelly, Deceased*.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On December 5, 2022, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the December 5, 2022 trial in trial court cause number 477,195-401, *In the Estate of George James Donnelly, Deceased,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real parties in interest John Donnelly, Mark Donnelly, and Eric Donnelly to file a response to the petition for writ of mandamus on or before December 12, 2022. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.